No. 58402.—H. B. Thomas & Co. *v.* United States, protest 199855–K (San Francisco).

Opinion by WILSON, J. At the trial, the examiner testified that the merchandise consists of "fresh water fish mainly rainbow trout frozen, beheaded and eviscerated but not further advanced except that the fins may have been removed." On the record presented, the claim of the plaintiff was sustained.

No. 58403.—Omni Products Corp. *v.* United States, protest 200122–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of vinylon fiber and that the issue is the same in all material respects as that in Abstract 57886, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, SEPTEMBER 30, 1954

No. 58404.—J. Katz Floor Coverings, Inc. *v.* United States, protests 139686–K, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to the linoleum the subject of *United States* v. *Pacific Overseas Co., W. J. Byrnes & Co.* (42 C. C. P. A. 1, C. A. D. 559), the claims of the plaintiff were sustained.